B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan

In re  Getrag Transmission Manufacturing, LLC  ,                    Case No.  08-68112

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Bohl Crane, Inc. | Industrial Maintenance Specialists, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 Jeremy Coakley
 534 Laskey Rd., Toledo, OH  43612

Court Claim # (if known):  BP#: 31B
Amount of Claim:  $28,366.08
Date Claim Filed: _____

Phone:  419-476-7525
Last Four Digits of Acct #: _____

Phone:  765-677-1050
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ C Bohl  V. Pres.                    Date:  03/15/2011
     Transferee/Transferee's Agent
     STEVEN C. BOHL

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:  Chapter 11

**GETRAG TRANSMISSION MANUFACTURING, LLC,**  Case No. 08-68112

Debtor.  Hon. Marci B. McIvor

_____/

### DECLARATION / NOTICE OF ASSIGNMENT OF
### PROJECT DEMAND OF INDUSTRIAL MAINTENANCE SPECIALISTS, INC.

Bohl Crane, Inc. hereby gives notice that the Project Demand of Industrial Maintenance Specialists, Inc., BP #31B as deemed valid by the Stipulation for Use of Revised Exhibits to Motion to Approve Limited Distribution from Tipton Project Claimants Liquidation Trust dated December 22, 2010 (Docket No: 692) has been transferred to Bohl Crane, Inc.

Industrial Maintenance Specialists, Inc. can be reached at:

Industrial Maintenance Specialists, Inc.
Ronda J. Jones, President
6132 Industrial Drive
Gas City, IN 46933

Telephone: 765-677-1050
email:

Bohl Crane, Inc.

By: *[signature]* 3-15-2011

Steven C. Bohl
Vice President
534 Laskey Rd.
Toledo, Ohio 43612
Telephone: (419) 476-7525
Email: sbohl@bohlco.com