B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan

In re  Getrag Transmission Manufacturing, LLC  ,     Case No.  08-68112

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Bohl Crane, Inc. | Moorehead Electrical / Regions Bank |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
 Jeremy Coakley
 534 Laskey Rd., Toledo, OH  43612

Court Claim # (if known): __BP#: 31A__
Amount of Claim: __$35,739.00__
Date Claim Filed: _____

Phone:  419-476-7525
Last Four Digits of Acct #: _____

Phone:  765-664-7307
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ CBM V.PRES._     Date:  03/15/2011
 Transferee/Transferee's Agent
 STEVEN C. BOHL

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:                                              Chapter 11

**GETRAG TRANSMISSION**                             Case No. 08-68112
**MANUFACTURING, LLC,**

Debtor.                                             Hon. Marci B. McIvor

_____/

## DECLARATION / NOTICE OF ASSIGNMENT OF
## PROJECT DEMAND OF MOOREHEAD ELECTRICAL / REGIONS BANK

Bohl Crane, Inc. hereby gives notice that the Project Demand of Moorehead Electrical / Regions Bank, BP #31A as deemed valid by the Stipulation for Use of Revised Exhibits to Motion to Approve Limited Distribution from Tipton Project Claimants Liquidation Trust dated December 22, 2010 (Docket No: 692) has been transferred to Bohl Crane, Inc.

Moorehead Electrical / Regions Bank can be reached at:

    Moorehead Electrical / Regions Bank
    James P. Moloy, Attorney at Law
    Bose McKinney & Evans
    111 Monument Circle, Suite 2700
    Indianapolis, IN 46204

    Telephone: 317-684-5287
    email:

Page 1 of 2

08-68112-mbm    Doc 715    Filed 03/17/11    Entered 03/17/11 15:11:07    Page 2 of 3

Bohl Crane, Inc.

By: _____/s/ SCBohl_____  3-15-2011

Steven C. Bohl
Vice President
534 Laskey Rd.
Toledo, Ohio 43612
Telephone: (419) 476-7525
Email: sbohl@bohlco.com