UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In Re: )
Getrag Transmission ) Case No: 08-68112
Manufacturing, Inc. ) Chapter 11
) Hon. Marci B. McIvor
Debtor. )

## POST-CONFIRMATION REPORT

This report must be filed with the United States Bankruptcy Court Clerk's Office and a copy is to be provided to: Office of the United States Trustee, 211 West Fort Street – Suite 700, Detroit, MI 48226 by no later than the 20th day of each month.

For the Month of May, 2015    Confirmation Date: August 7, 2009

| PLAN PAYMENT MADE DURING THE MONTH: | MONTHLY TOTALS |
|---|---|
| Administrative Expenses: | $ 6,183.80 |
| Secured Creditors: | $ 00.00 |
| Priority Creditors: | $ 00.00 |
| Unsecured Creditors: | $ 00.00 |
| TOTAL PLAN PAYMENTS | $ 6,183.80 |

| CASH FLOW REPORT: | |
|---|---|
| Total Receipts | $ 804.51 |
| Total Disbursements including plan payments | $ 6,183.80 |
| Net (Total Receipts minus Total Disbursements) | $ ( 5,379.29) |

United States Trustee Quarterly Fees are payable until a Chapter 11 Case has been converted or dismissed, or until the case is closed by the Court.

This statement is a true and accurate reflection of the Post-Confirmation financial activity of the above-named debtor. I understand that any false statement may subject me to criminal penalties as set forth in 18 U.S.C. § 157.

Reorganized Debtor.

By:_____
Kenneth A. Nathan
Title: Trustee